IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02529-WYD-NYW

MICHELLE PARKER,

   Plaintiff,

v.

STATES RECOVERY SYSTEMS, INC., a California corporation,

   Defendant.

### ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice (ECF No. 13) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:   January 19, 2016

   BY THE COURT:

   */s/ Wiley Y. Daniel*
   WILEY Y. DANIEL,
   SENIOR UNITED STATES DISTRICT JUDGE